JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENJIE YU, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MERCEDES-BENZ USA, LLC, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 8:24-cv-01933-FWS-ADS<br>[County of Orange Superior Court Case No. 30-2024-01417418-CU-BC-CJC]<br><br>**JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68**<br><br>Action Filed:　August 2, 2024<br>Trial Date:　　None Set |

**TO THE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:**

　　Plaintiff RENJIE YU ("Plaintiff"), submits the following Proposed Judgment, following Plaintiff's acceptance of MERCEDES-BENZ USA, LLC's ("Defendant" or "MBUSA") Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure:

　　1. MBUSA shall pay the total amount of $222,000.00 (the "Sum") to Plaintiff

1

and Plaintiff's lender for the Subject Vehicle, if any (if there is an outstanding loan on the Subject Vehicle, MBUSA shall pay the lender the amount shall receive the entire remaining amount).

2. MBUSA shall perform its obligations within 45 days of acceptance on a mutually agreeable date and location, with Plaintiff returning the Subject Vehicle to a mutually agreeable authorized Mercedes-Benz dealership and on or before that same date executing all required California Department of Motor Vehicle forms, including but not limited to, DMV Form 262, necessary to transfer title of the Subject Vehicle to MBUSA free and clear of all liens and encumbrances (except for any loan for the purchase or refinance of the Subject Vehicle, which will be paid by MBUSA as stated above), and MBUSA thereafter providing Plaintiff and Plaintiff's lender, if any, with the check or checks necessary to obtain clear title for the Subject Vehicle. Plaintiff will promptly provide to MBUSA current loan payoff information, payment history, a copy of the current registration of the Subject Vehicle, and a copy of the front and back sides of the Subject Vehicle's title (if available).

3. Defendant shall pay Plaintiff's attorney's fees, expenses and costs in the amount of $9,000.00 in full satisfaction of any attorney's fees, expenses and costs owed to Plaintiff and/or Plaintiff's attorneys in this action.

4. MBUSA will waive its fees, costs, and expenses in this action.

Dated: September 20, 2024

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

**JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68**